NASSAU BUILDERS, INC. v. KIPS BAY BOYS CLUB, INC.

July 10, 1985.

Petition for certification denied.

LIBERTY MUTUAL FIRE INSURANCE COMPANY v. KAHLAID, INC. AND BURRO CORP.

July 10, 1985.

Petition for certification denied.   (See 199 *N.J.Super.* 494)

JAMES E. SEGUINE, JR. v. ALLSTATE INSURANCE COMPANY.

July 10, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH L. RANSOME.

July 10, 1985.

Petition for certification denied.